GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One,
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
prowe@greenbaumlaw.com
anaar@greenbaumlaw.com
ekaller@greenbaumlaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| CONSTRUCCIONES HAUS SOCIEDAD ANOMINA DE CAPITAL VARIABLE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KENNEDY FUNDING, INC., and Gregg Wolfer,<br><br>Defendants. | Hon. Peter G. Sheridan, U.S.D.J.<br>Hon. Esther Salas, U.S.M.J.<br><br>CIVIL ACTION NO: 07-00392 (PGS)(ES)<br><br>STIPULATION AND CONSENT ORDER WITHDRAWING MOTIONS FOR SANCTIONS |

The parties to the captioned matter consent to the entry of an order withdrawing the motions for sanctions filed in this matter as follows:

WHEREAS, the plaintiffs have filed a motion for sanctions against defendant Kennedy Funding, Inc. and its counsel, Jordan B. DeFlora, Esq., on May 5, 2007;

WHEREAS, the defendants have filed a motion for sanctions against counsel for plaintiffs, Gregg D. Trautmann, Esq. of Trautmann & Associates, LLC, on June 11, 2007;

IT IS hereby AGREED as of the 26th day of October 2007 that:

1. The motion for sanctions filed by the plaintiffs on May 5, 2007 is voluntarily withdrawn; and

2. The motion for sanctions filed by the defendants on June 11, 2007 is voluntarily withdrawn.

GREENBAUM, ROWE, SMITH
& DAVIS LLP
Attorneys for Defendants

By: _____
Alan S. Naar

Dated:    November 29, 2007

TRAUTMANN & ASSOCIATES, LLC
Attorneys for Plaintiff

By: _____
Robert T. Trautmann

Dated:    November 29, 2007

SO ORDERED on this 29 day of November, 2007

_____
HON. ESTHER SALAS, U.S.M.J.