**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

May 22, 2009

## LETTER ORDER

Re:   **Construcciones v. KFI**
      **Civil Action No. 07-392 (PGS)**

Dear Counsel:

There will be a telephone conference held in this matter on **May 26, 2009 at 1:30 p.m.** The call is to be initiated by Defendants.

**SO ORDERED.**

_s/Esther Salas_
**Esther Salas**
**UNITED STATES MAGISTRATE JUDGE**